REDACTED

(08-74m)

# United States District Court
## Violation Notice

| CVB Location Code | DE10 |
|---|---|
| Violation Number | R 322C426 |
| Officer Name (Print) | Brian L. Horngh Jr |
| Officer No | H4036 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☑ State Code |
|---|---|
| 19 Sep 07  1625 | DE 11 § 611 Assault in Third Degree, Class A Misdemeanor |
| Place of Offense | |
| Bldg 300 / Family Practice / Dover AFB, DE | |

**Offense Description**
Assault in third degree

## DEFENDANT INFORMATION | Phone 302-

| Last Name | First Name | M.I. |
|---|---|---|
| Carter | Tamika | |
| Street Address | | |
| 231 N. Down Dr. | | |
| City | State | Zip Code |
| Dover | DE | 19904 |
| Drivers License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyyy) |
| | DE | ---- -- ---- | ---- -- 68 |

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

☑ Sex: □ Male ☑ Female  □ Juvenile  Eyes BR  Height 5'6"  Weight 170 lbs

**A** ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

PAY THIS AMOUNT → $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| US District Court | | |
| 844 King St. | | |
| Wilmington DE 19801 | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _[signature]_

R 322C426

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 19 Sep, 20 07 while exercising my duties as a law enforcement officer in the Kent District of Delaware.

Your honor, on 19 Sep 07 while investigating an assault at Bldg 300/Base Hospital, Dover AFB DE it became known to me that Tamika Carter assaulted Teresa Hargrove. CARTER appeared to have a Swollen lip, a bruise on her stomach and scratches on her fingers. HARGROVE appeared to have Scratches on the right side of her face and a Swollen left eye.

The foregoing statement is based upon
my personal observation  ☑  my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on  19 Sep 07   R-5 Nnsf
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 10/16/2007 10:57:16