IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TEMIKA CARTER, | ) | Case No.: R3220426 DE10 |
| | ) | |
| Defendant | ) | (08-74M) |

## ENTRY OF APPEARANCE

PLEASE ENTER the Appearance of E. Martin Knepper, Esquire on behalf

of the above captioned Defendant.

KNEPPER & STRATTON

By: _____
E. Martin Knepper, Esquire
1228 North King Street
Wilmington, DE 19801
(302) 658-1717
DE Bar I.D. No.: 2030
ATTORNEY FOR DEFENDANT

DATED: 1/15/2008