## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

      **Plaintiff,**      :

      **v.**      :      **VIOLATION NOTICE NO.** _R3220426_

_Temika Carter_    :

      **Defendant.**      . :

### MOTION AND ORDER TO DISMISS

    **NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for ___*TEMIKA CARTER*___.

 

                                      COLM F. CONNOLLY
                                        United States Attorney

                          **BY:**                                                                
                                        ROBERT T. LEAHY, Captain, USAF
                                        Special Assistant United States Attorney

DATE: May 7, 2008

 

    **IT IS SO ORDERED** this ___7th___ day of ___MAY___ 2008.

                                        HONORABLE MARY PAT THYNGE
                                        United States Magistrate Judge

```
F I L E D

MAY  7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```